1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CAMACHO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00303 PSG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE TO DECEMBER 1, 2011, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| OSCAR CAMACHO, SR. | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Oscar Camacho Sr., by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Eumi Choi, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, October 13, 2011, at 9:30 a.m., shall be continued to Thursday, December 1, 2011, at 9:30 a.m.

The reason for the requested continuance is, in response to the defense request for further discovery, defense counsel received on September 14, 2011, approximately five-hundred additional pages of discovery.  Defense counsel's review of the additional discovery provided, as well as the defense investigation, remains on going.  Accordingly, the parties agree that the time between October 13, 2011, and December 1, 2011, may be excluded under the Speedy Trial Act,

18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Dated:  October 12, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated:   October 12, 2011            _____/s/_____
EUMI CHOI
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, October 13, 2011, shall be continued to Thursday, December 1, 2011, at 9:30 a.m.

THE COURT FINDS that failing to exclude the time between October 13, 2011, and December 1, 2011, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between October 13, 2011, and December 1, 2011, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between October 13, 2011, and December 1, 2011, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: "32 13 5 14 2 33                                            _____
THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge